EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>$15,000.00 IN U.S. CURRENCY,<br><br>      Defendant. | No. ED CV 16-01166<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>21 U.S.C. § 881(a)(6)<br><br>[USPIS] |

    The United States of America brings this claim against the defendant $15,000.00 in U.S. Currency, and alleges as follows:

**JURISDICTION AND VENUE**

    1.   This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

    2.   This court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 1345 and 1355.

3.    Venue lies in this District pursuant to 28 U.S.C.
§ 1395(b).

## PERSONS AND ENTITIES

4.    The plaintiff is the United States of America (the
"plaintiff" or the "government").

5.    The defendant is $15,000.00 in U.S. Currency
(the "defendant currency"). The defendant currency was seized on
January 20, 2016, by the United States Postal Inspection Service
("USPIS") at a United States Postal Sorting Facility located at 1900
West Redlands Blvd. in Redlands, California (the "Redlands Sorting
Facility"). The defendant currency was seized following the
execution of a federal search warrant for the parcel that contained
the defendant currency.

6.    The defendant currency is currently in the custody of the
United States Marshals Service in this District, where it shall
remain subject to this Court's jurisdiction during the pendency of
this action.

7.    The interests of Dave Scotese ("Scotese") and Woodie Ochle
("Ochle") may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

8.    On January 13, 2016, a USPIS Postal Inspector was
monitoring parcels being processed through the Redlands Sorting
Facility. The Postal Inspector selected one of the parcels for
further examination. The label on the selected parcel indicated that
Ochle had mailed the parcel from Atlanta, Georgia and addressed it to
Scotese at an address in Murrieta, California. The address
information on the parcel's mailing label had been filled in by hand

2

and the mailing charges had been paid in cash.   Further investigation revealed that neither Ochle nor Scotese were associated with either of the addresses appearing on the parcel's mailing label.   A trained narcotics detection canine, "Chewy," alerted to the parcel.

9.   Based on this evidence, a United States Magistrate Judge in this District issued a warrant on January 20, 2016, to search the parcel.   The parcel, when opened, was found to contain three Priority Express Mail flat-rate envelopes.   The envelopes were "nested" in that the first envelope contained the second envelope, which in turn contained the third envelope.   Within the third envelope the Postal Inspector found three bundles of U.S. Currency.   Each bundle had been wrapped with rubber bands.   Neither the parcel nor the envelopes contained a letter, note, or other written documentation.   The currency, when counted, totaled $15,000.00, consisting mainly of $20 dollar bills (i.e., the defendant currency).

10.   It was subsequently learned that when Ochle mailed the parcel containing the defendant currency, he was a subject of a drug trafficking investigation.   The investigation led to Ochle's arrest in April of 2016 on drug-related charges in Florida.   The State of Florida subsequently charged Ochle with trafficking in controlled substances including methamphetamine.   The criminal charges against Ochle remain pending.

11.   Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotics trafficking, or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq.   The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays:

a.   that due process issue to enforce the forfeiture of the defendant currency;

b.   that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

c.   that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

d.   for such other and further relief as this court may deem just and proper, together with the costs and disbursements of this action.

Dated: June 3, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_/s/ Frank D. Kortum_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, Anthony Jacobs, hereby declare that:

1.    I am a Postal Inspector with the United States Postal Inspection Service. I am the case agent for the civil forfeiture action entitled <u>United States v. $15,000.00 in U.S. Currency</u>.

2.    I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other agents.

3.    Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2016 in Los Angeles, California.


_____
ANTHONY JACOBS
Postal Inspector, USPIS