```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5710
     Facsimile: (213) 894-7177
     E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. ED CV 16-01166 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RECUSAL OF INVOLVEMENT OF FIRST ASSISTANT UNITED STATES ATTORNEY PATRICK R. FITZGERALD IN THIS CASE** |
| $15,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that:

(1) First Assistant United States Attorney Patrick R. Fitzgerald is recused from any involvement in this case; and

(2) This case is not (1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National

2

Security Division on August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; or (3) a matter in which current First Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

Dated: June 3, 2016               Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States of Attorney
Chief, Asset Forfeiture Section

  /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America