```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5710
     Facsimile: (213) 894-7170
     E-mail:    frank.kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA,       | Case No. EDCV 16-01166-DSF (KKx) |
|---------------------------------|----------------------------------|
|         Plaintiff,              | **RESPONSE TO ORDER TO SHOW CAUSE** |
|             v.                  |                                  |
| $15,000.00 IN U.S. CURRENCY,    |                                  |
|         Defendant.              |                                  |
| DAVID SCOTESE,                  |                                  |
|         Claimant.               |                                  |

   Plaintiff United States of America (the "government") responds to this Court's Order to Show Cause (Dkt. 12) as follows:

   1.   David Scotese ("Scotese") served a claim on July 11, 2016. A copy of the claim, which Scotese apparently did not file with the

1  Court, is attached hereto as Exhibit "A".[1]  Scotese is not
2  represented by counsel in this action.
3      2.   After Scotese served the claim, both parties served (and
4  responded to) discovery, thus demonstrating that the case is being
5  diligently prosecuted.
6      3.   Under the circumstances described above, the interests of
7  justice would be served if (A) Scotese's claim is deemed filed as of
8  the date of its service; and (B) the deadline for Scotese to file and
9  serve an answer to the complaint is extended to September 22, 2016.

Dated: August 26, 2016              Respectfully submitted,

                                    EILEEN M. DECKER
                                    United States Attorney
                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                    _____
                                    FRANK D. KORTUM
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

---

[1] A residential address has been omitted from this Response pursuant to Local Rule 5.2-1.

2