Exhibit "A"

Certified: 7015 3010 0001 9119 7540
USPIS Asset Forfeiture
Clerk of the U.S. District Court
for the District of California
312 N. Spring Street, 14th floor
Los Angeles, CA 90012

July 7, 2016
David Scotese

Murrieta, CA 92563

Received in Asset Forfeiture
7/11/16

## Claim for Seized Property

This is a claim for $15,000 in U.S. currency, called "Seizure # 243-16-023, Asset ID # 16-USP-000679" by the United States Postal Inspection Service.

My name is David Scotese and I live in Murrieta, California, and the $15,000 in U.S. currency identified above belongs to me. The sender intended to furnish the currency to me in exchange for bitcoin which I had already sent to him.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_David Scotese_        Date: 7/7/16

David Scotese



Dave Scotese
Murrieta, CA 92563

7015 3010 0001 9119 7540

USPIS Asset Forfeiture
Clerk of the U.S. District Court
for the district of California
312 N. Spring St. 14th Floor
Los Angeles, CA 90012

9001282748 C004

CERTIFIED MAIL

$6.71
US POSTAGE
FIRST-CLASS
071S01030232
92563
000007235