EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7170
    E-mail:   frank.kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. EDCV 16-01166-DSF (KKx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| $15,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| DAVID SCOTESE, | |
| Claimant. | |

///

///

///

///

On August 18, 2016, this Court ordered plaintiff United States of America (the "government") to show cause why this action should not be dismissed for lack of prosecution. Dkt. 12. In response to the Order to Show Cause, the government asserted that:

1. David Scotese ("Scotese") served a claim on July 11, 2016. A copy of the claim, which Scotese apparently did not file with the Court, is attached as Exhibit "A" to the government's response. Scotese is not represented by counsel in this action.

2. After Scotese served the claim, both parties served (and responded to) discovery, thus demonstrating that the case is being diligently prosecuted.

3. The interests of justice would be served if (A) Scotese's claim is deemed filed as of July 11, 2016; and (B) the deadline for Scotese to file and serve an answer to the government's civil forfeiture complaint is extended to September 22, 2016.

Dkt. 13.

It is accordingly HEREBY ORDERED that:

1. The claim served by Scotese on July 11, 2016 is deemed filed as of that date; and

2. The deadline for Scotese to file and serve an answer to the government's civil forfeiture complaint is extended to September 22, 2016.

Dated:                , 2016
                                    _____
                                    UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff