David Scotese
39520 Murrieta Hot Springs Rd. 219-32
Murrieta, CA   92563
(951)236-2719
Fax Number:  NA
Email:  dscotese@litmocracy.com

David Scotese, IN PRO PER

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CV 16-01166 |
| Plaintiff, | **VERIFIED ANSWER TO COMPLAINT FOR FORFEITURE** |
| vs. | |
| $15,000.00 IN U.S. CURRENCY, | 21 U.S.C. §881(a)(6) |
| Defendant | [USPIS] |

### JURISDICTION AND VENUE

1. (Not contested)

2. (Not contested)

3. (Not contested)

### PERSONS AND ENTITIES

4. (Not contested)

5. No search warrant was ever presented to me.  There may have been one but I was never notified of it, nor did I authorize any

- 1 -
VERIFIED ANSWER TO COMPLAINT FOR FORFEITURE

search of mail addressed to me, nor was I given an opportunity to see it before my property was seized. My first contact with the United States Postal Inspection Service regarding the package containing my property was my submission of a claim form on January 26th, 2016 after speaking with Special Agent Mike Dawson about it earlier that day.

6. (Not contested)

7. Inasmuch as I am now required to engage in this proceeding to recover my own property, my interests have been adversely affected. Should my property remain unavailable to me, I require compensation for its value.

## FACTS SUPPORTING FORFEITURE

8. A search on the Internet for "39542 Murrieta Hot Springs Road suite 219" returns a business called "The Mail Center and More" which rents out mailboxes, including mine (#32). Contacting that business and requesting their address for David Scotese will verify that the address is associated with me. Postal records should show that it has been associated with me for many months. I have no knowledge of the other claims made in this item.

9. The paperwork I received contained two copies of a warrant that identified the property discovered after the parcel was opened, but no copy of a warrant to search the parcel was included.

10. (Not Contested)

11. A reasonable reading of 21 USC 881(a)(6), and one which respects and protects the property rights of innocent recipients indicates that subject property must be in the possession of one of the parties to an exchange that violates subchapter I of

Chapter 13 of U.S. Code Title 21.  I was not, nor have I ever been, party to such an exchange.  I contest that congress intended to subject innocent recipients to forfeiture of their property simply because said property was previously used by someone else to violate the law.

DATED: August 31, 2016

*David Scotese*
David Scotese
In Pro Per

- 3 -
**VERIFIED ANSWER TO COMPLAINT FOR FORFEITURE**