David Scotese
39520 Murrieta Hot Springs Rd. 219-32
Murrieta, CA 92563
(951)236-2719
Fax Number: NA
Email: dscotese@litmocracy.com

David Scotese, IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>$15,000.00 IN U.S. CURRENCY,<br><br>Defendant | Case No.: CV 16-01166-DSF (KK)<br><br>**CLAIMANT DAVID SCOTESE'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 56-2 of the Local Rules for the Central District of California, CLAIMANT sets forth the following genuine disputes of material fact.

### Dispute of UNCONTROVERTED FACTS

Uncontroverted fact 7 of PLAINTIFF's [proposed] statement of uncontroverted facts and conclusions of law includes this text: "Pursuant to 18 U.S.C. § 1960, an exchanger of currency is required to register as a Money Service Business ("MSB") with

FinCEN. Bitcoin is a form of currency within the meaning of Section 1960. <u>United States v. 50.44 Bitcoins</u>, Civil Action No. ELH-15-3692, 2016 WL 3049166 at *1 (D. Md. May 31, 2016). Bitcoin exchangers are 'required to register as a [MSB] with FinCEN'. <u>Id.</u>"
Fuller context of the case cited is as follows:

> The Department of Treasury's Financial Crimes Enforcement Network ("FinCEN") has stated that an administrator or exchanger of a virtual currency like Bitcoin is required to register as a Money Service Business ("MSB") with FinCEN. See Application of FinCEN's Regulations to Persons Administering, Exchanging, or Using Virtual Currencies, FIN-2013-G001, Department of the Treasury, Financial Crimes Enforcement Network, March 18, 2013.

<u>Id.</u>

Following the instruction to "See ... FIN-2013-G001," we find this:

> An administrator or exchanger that (1) accepts and transmits a convertible virtual currency or (2) buys or sells convertible virtual currency for any reason is a money transmitter under FinCEN's regulations, **unless a limitation to** or exemption from **the definition applies to the person.**

(emphasis added)

The regulations on which this guidance is based explain further why the emphasis added is important at 31 C.F.R. 1010.100(ff)(5) Money Transmitter –

> (i) In General. (A) A person that provides money transmission services. The term "money transmission services" means the acceptance of currency, funds, or other value that

substitutes for currency from one person *and* the transmission of currency, funds, or other value that substitutes for currency to another location or person by any means.

Emphasis of the word "*and*" is in the original.[1]

PLAINTIFF's statement of this fact cannot be characterized as uncontroverted given the limitation in the definition at 31 C.F.R. 1010.100(ff)(5)(1)(a). Concurrently filed with this statement of genuine dispute is an affidavit showing that CLAIMANT is not a Money Transmitter according to the relevant law.

To the extent that this dispute can be considered or is deemed to be a dispute of PLAINTIFF's conclusions of law, this claim of dispute is incorporated into CLAIMANT's dispute of conclusions of law.

### Dispute of CONCLUSIONS OF LAW

PLAINTIFF's conclusion of law number 8 shows that *had* CLAIMANT believed that CLAIMANT was operating a Money Service Business, then CLAIMANT would not need to have known about the federal registration requirements to be liable for the general intent crime addressed in 18 U.S.C 1960. This conclusion of law reflects an erroneous assumption that said belief existed and continues to exist. While PLAINTIFF need not prove CLAIMANT knew about the federal registration requirement, it would need to prove A) that CLAIMANT fits the definition of Money Transmitter and possibly also B) that CLAIMANT knew that CLAIMANT fit that definition. To

---

[1] In its section on *Decentralized Virtual Currencies* (where Bitcoin best fits), FinCEN's guidance also indicates that (if the person does not create the units of virtual currency) a person must both accept the virtual currency from one person **and** transmit it to another person as part of the acceptance and transfer in order to be a Money Transmitter. (See FIN-2013-G001)

-3-
CLAIMANT'S STATEMENT OF GENUINE DISPUTE OF MATERIAL FACT

the extent that this dispute can be considered or is deemed to be a dispute of PLAINTIFF's uncontroverted facts, this claim of dispute is incorporated into CLAIMANT's dispute of uncontroverted fact.

DATED: October 17, 2016

## VERIFICATION

I, David Scotese, certify and declare that I have read the foregoing Plaintiff's STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW and know its contents.

I am a party to this action and I make this verification for that reason. I am informed and allege on that ground that the disputes provided above are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 17, 2016 at Murrieta, California.

_____
David Scotese
In Pro Per

```
David Scotese
39520 Murrieta Hot Springs Rd. 219-32
Murrieta, CA  92563
(951)236-2719
Fax Number:  NA
Email:  dscotese@litmocracy.com

David Scotese, IN PRO PER
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CV 16-01166-DSF (KK) |
| Plaintiff, | **CLAIMANT DAVID SCOTESE'S AFFIDAVIT** |
| vs. | |
| $15,000.00 IN U.S. CURRENCY, | |
| Defendant | |

### Affidavit of David Scotese

State of California

County of Riverside

BEFORE ME, the undersigned Notary, _Kari Hannum_____, on this ___17TH___ day of ___Oct_____, 20_16_, personally appeared David James Scotese, known to me to be a credible person

-1-
AFFIDAVIT OF CLAIMANT DAVID SCOTESE

and of lawful age, who being by me first duly sworn, on **his** oath, deposes and says this statement of facts:

1. I am over the age of eighteen (18) and am a resident of the State of California. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.
2. My name is David James Scotese, I was born in La Mesa, CA, assigned a Social Security Number ending with 5281, married Kimberlee Mozer and produced three children with her, and I have lived at 25972 Schafer Drive in Murrieta, CA for most of the last five and my cell phone number is (951)236-2719.
3. Since January 20, 2016, my property has been in the possession of the United States Government without my permission.
4. I have not created any units of bitcoin.
5. I have not accepted or agreed to accept bitcoin from any person and, as part of the acceptance, sent or agreed to send the bitcoin to another person.
6. I have ensured that all bitcoin purchased from me has been sent directly to the person who paid for it.
7. I have never sold bitcoin that belonged to another person.
8. On August 27, 2015 at 8:38am, Woodie Ochle sent me a text message that said: "I will probably be in San Bernadino next week at the San Manuel amphitheater".
9. On August 27, 2015 at 8:39am, I replied to Woodie Ochle with a text message that said: "Oh yeah- with my other customers I wait for tracking before I send. Is that ok? What's at the amphitheater?"
10. On August 27, 2015 at 8:43am, Woodie Ochle sent me a text message that said: "Nocturnal Wonderland Music festival! Insomniac runs

1  it. I contract for them but I supply blinky sticks and light up
2  merch, shirts and anything vendors want. China loves getting paid
3  in BTC".
4  11. Since August 27, 2015, I have believed that Woodie Ochle was using
5  bitcoin to purchase merchandise from one or more manufacturers in
6  China.
7
8  *[signature: David James Scotese]*
9  Signature of Affiant
10 David James Scotese
11 Affiant
12 25972 Schafer Dr. Murrieta, CA 92563
13 Address
14
15 Subscribed and sworn to before me, this _____ day of
16 _____, 20____.
17
18 Notary Seal
19
20
21 Signature of Notary
22
23
24 Notary
25
26 NOTARY PUBLIC
27
28 My commission expires: March 3, 20 20

Notary jurat (right side):

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Riverside
Subscribed and sworn to (or affirmed) before me on this 17th day of Oct 2016 by David James Scotese, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature Kari Hannum (Seal)

KARI HANNUM
Commission No. 2142392
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires MARCH 3, 2020

-3-
AFFIDAVIT OF CLAIMANT DAVID SCOTESE

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I own and operate Mail Center & More. My business address is 39520 MURRIETA HOT SPRINGS RD #219, MURRIETA, CALIFORNIA 92563. On October 17, 2016, I served a copy of CLAIMANT DAVID SCOTESE'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and CLAIMANT DAVID SCOTESE'S AFFIDAVIT, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: FRANK D. KORTUM
312 NORTH SPRING STREET
LOS ANGELES, CALIFNORNIA 90012

I am familiar with the practice of this office for collection and processing correspondence for mailing. on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on: October 17, 2016 at Murrieta, California.

_Kari Hannum_
Kari ~~Charles~~ Hannum

-1-