```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney          JS 6
Asset Forfeiture Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-5710
   Facsimile: (213) 894-7177
   E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: 16-01166-DSF (KKx) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **CONSENT JUDGMENT** |
| $15,000.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| _____ | ) |
| DAVID SCOTESE, | ) |
| Claimant. | ) |
| _____ | ) |

Plaintiff United States of America ("the government") and claimant David Scotese (the "Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have had in the defendant assets, namely, $15,000.00 in U.S. Currency.

The civil forfeiture action captioned above was commenced on June 3, 2016.  Notice was given and published according to law.  Claimant filed a claim and answer on September 6, 2016 (Dkt. Nos. 16 & 17).  No other claims or answers were filed and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $11,250.00 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  The remaining $3,750.00 of the U.S. currency, without any interest, shall be returned to the Claimant as follows:  The funds are to be made payable via ACH deposit to a bank account of the Claimant's choosing.  Claimant agrees that he will provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. The claimant waives any rights to petition for remission or mitigation of the defendant currency.  Each of the parties shall

1  bear its own fees and costs in connection with the seizure,
2  retention and return of the defendant currency.
3
4  DATED:  3/10/17
                                   UNITED STATES DISTRICT JUDGE
5
6
7  Presented by:
8  EILEEN M. DECKER
   United States Attorney
9  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
10 Chief, Criminal Division
11 STEVEN R. WELK
   Assistant United States Attorney
12 Chief, Asset Forfeiture Section
13
14   /s/ *Frank D. Kortum*
   FRANK D. KORTUM
15 Assistant United States Attorney
16
17 Attorney for Plaintiff
   UNITED STATES OF AMERICA
18
19
20
21
22
23
24
25
26
27
28

3